ZAM/USAO#2014R00345

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 1 6 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
___ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **CRIMINAL NO.** |
| v. | * | |
| | * | **(Retaliating Against a Witness, 18 U.S.C.** |
| ANTHONY E. ALASCIO, | * | **§ 1513(b)(1) )** |
| | * | |
| Defendant | * | RWT-14-0344 |
| | * | |

\*\*\*\*\*\*\*

**INDICTMENT**

The Grand Jury for the District of Maryland charges that:

On or about November 26, 2013, at the Chesapeake Detention Facility, Baltimore City, in

the District of Maryland, the defendant,

**ANTHONY E. ALASCIO,**

knowingly engaged in conduct causing bodily injury to another person, with the intent to

retaliate against that person for their attendance as a witness at and testimony given in an official

proceeding and for information relating to the commission and possible commission of a Federal

offense given by a person to a law enforcement officer.

18 U.S.C. § 1513(b)(1)

Rod J. Rosenstein
United States Attorney

A TRUE BILL

SIGNATURE  SIGNATURE REDACTED

Foreperson

7/16/14
Date

1