**JEFFREY E. RISBERG, ESQ.**
1719 Falls Rd.
Parkton, MD 21120
Jeff@Risberglaw.com
(443) 850-4775

July 23, 2014

The Honorable Timothy J. Sullivan
Magistrate Judge
United States District Court
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21202

> RECEIVED IN THE CHAMBERS OF
> TIMOTHY J. SULLIVAN
>
> JUL 3 1 2014
>
> UNITED STATES MAGISTRATE JUDGE

**In re:**  *United States v. Anthony Alascio*
Crim. Nos.  14-724TJS
            RWT-14-0344

Dear Judge Sullivan:

This letter serves to request the appointment of counsel for Anthony Alascio. On March 26, 2014, Your Honor appointed me to represent Mr. Alascio in an investigation that has now resulted in an indictment designated as RWT-14-0344.[1] The indictment was returned on July 16, 2014.

Mr. Alascio is in the custody of the Bureau of Prisons at USP-Lee, serving a sentence of 135 months imposed by Judge Hollander in ELH-13-0153. His financial situation has not changed since he completed and submitted a financial affidavit on or about May 28, 2013, upon his arrest in that case.

I know of no reason why I should not be appointed to represent Mr. Alascio in the new case.

Sincerely,

*/s/ Jeffrey E. Risberg*

Jeffrey E. Risberg

---

Approved for appointed counsel

_____/s/_____  07/31/14
Timothy J. Sullivan
United States Magistrate Judge

*reference to prior CJA 23
in 14-0344-TJS.
   724*

---

[1] It appears that the case was not randomly assigned to Judge Titus but was assigned to him because the case is "related" to a case already on Judge Titus' docket.